1032

No. 10–11101 (10A1245). Mathis v. Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Certiorari denied.

June 23, 2011

No. 10–11194 (10A1268). Blankenship v. Owens, Commissioner, Georgia Department of Corrections, et al. Super. Ct. Fulton County, Ga. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Certiorari denied.

No. 10–11195 (10A1269). Blankenship v. Humphrey, Warden. Super. Ct. Butts County, Ga. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Certiorari denied.

June 27, 2011

No. 10–82. United States v. Gonzalez. C. A. 9th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Davis v. United States, ante, p. 229. Justice Kagan took no part in the consideration or decision of this motion and this petition.

No. 10–1007. Kentucky v. Velasquez. Ct. App. Ky. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Davis v. United States, ante, p. 229.

No. 10–1087. Thorogood et al. v. Sears, Roebuck & Co. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Smith v. Bayer Corp., ante, p. 299.